Davey T. Kim (State Bar No. 209676)
dkim2@travelers.com
USERY & ASSOCIATES
Mailing Address: P.O. Box 2996
Hartford, CT 06104-2996
Physical Address: 9325 Sky Park Court, Suite 220
San Diego, CA 92123
Tel: (858) 616-6112
Fax: (844) 571-3789

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>       Defendant. | Case No.: 2:23-CV-00974-MCE-AC<br><br>**ORDER RE JOINT STATUS REPORT** |

Pursuant to the recent Joint Status Report filed by TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") (collectively, the "Parties"), and after consideration of the same, it is hereby ordered that:

The Parties adhere to the deadlines and proposals outlined in the Joint Status Report. It is also further ordered that the Parties are to follow the pre-trial deadlines as follows:

1. Discovery Cutoff - June 17, 2024

1

ORDER

2. Final day to File Motions – December 2, 2024

3. Not later than thirty (30) days after receiving this Court's last ruling on any dispositive motions, or (30) days after the deadline to file such motions if no such motions are filed, the parties are ordered to file a Joint Notice of Trial Readiness.  The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial.  After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated:  February 9, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2
ORDER